[No. 30210-5-III.   Division Three.   February 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEVON UZIMA
BRINKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00247-0, John W. Lohrmann, J., entered August 8, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30274-1-III.   Division Three.   February 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIO ISSAC
MENDOZ MALTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 10-1-00041-1, Richard W. Miller, J., entered August 22, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 67495-1-I.   Division One.   February 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. MORRIS,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01071-9, Ronald L. Castleberry, J., entered July 6, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Spearman, J.

[No. 67939-2-I.   Division One.   February 11, 2013.]

MICHAEL YERKOVICH, *Respondent*, v. PINNACLE PROCESSING
GROUP, INC., *Defendant*, SCOTT BANCHERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-29940-4, Bruce W. Hilyer, J., entered October 17, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Lau, J.